| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Hospital Audiences, Inc.** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Broadview Networks** PO Box 1191 Port Chester, NY 10573 | | | | | | $8,002.43 |
| **Chase Credit Card** 270 Park Avenue New York, NY 10017 | | | | | | $148,229.03 |
| **Citrin Cooperman** 529 Fifth Avenue New York, NY 10017 | | **Forensic Auditors** | | | | $37,964.18 |
| **Contact Fund LLC** 708 Third Avenue 6th Floor New York, NY 10017 | | | | | | $190,000.00 |
| **Creative Consultancy for the Artists LLC** PO Box 38 New York, NY 10026 | | | | | | $2,625.00 |
| **De Lange Landen Financial Services Inc.** PO Box 41602 Philadelphia, PA 19101 | | | | | | $4,235.67 |
| **Dyron Holmes** 67 Hanson Place, #10F Brooklyn, NY 11217 | | | | | | $3,660.00 |
| **East Side Middle School** 331 East 91st Street New York, NY 10128 | | | | | | $5,180.00 |

Debtor  **Hospital Audiences, Inc.**                                            Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Eric Hibit** <br> **308 Onderdonk Avenue, #1R** <br> **Ridgewood, NY 11385** | | | | | | $2,621.00 |
| **Frank Palazzolo** <br> **137 E. Houston Street** <br> **Apt. 3** <br> **New York, NY 10002** | | | | | | $4,386.00 |
| **Fund of the City of New York** <br> **121 Avenue of the Americas** <br> **6th Floor** <br> **New York, NY 10013** | | **Loan** | | | | $500,000.00 |
| **Gyana Mella** <br> **17 Dalton Road** <br> **Yonkers, NY 10701** | | | | | | $3,225.00 |
| **Karen Davis** <br> **159 Grand Street** <br> **Jersey City, NJ 07302** | | | | | | $2,562.00 |
| **Krystal Tax LLC** <br> **PO Box 555** <br> **Plainview, NY 11803** | | **Accounting consultant, professional fees** | | | | $5,700.00 |
| **Laviticus Fund** <br> **33 W. Main Street** <br> **Suite 205** <br> **Elmsford, NY 10523** | | | | | | $383,672.95 |
| **Lutz and Carr** <br> **300 East 42nd Street** <br> **New York, NY 10017** | | | | | | $28,660.00 |
| **Mary Murphy** <br> **173 Clinton Street** <br> **Apt. 2A** <br> **Brooklyn, NY 11201** | | | | | | $3,368.00 |
| **Music That Heals** <br> **PO Box 940854** <br> **Rockaway Park, NY 11694** | | | | | | $21,163.18 |
| **Skillman Ave. Corp.** <br> **3302 Skillman Avenue** <br> **Long Island City, NY 11101** | | **Rent** | | | | $43,900.00 |
| **Travelers Insurance** <br> **PO Box 660317** <br> **Dallas, TX 75266** | | | | | | $4,323.71 |